

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-12-00651-CR

Gregorio Ortiz **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10604
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's court-appointed appellate attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 U.S. 738 (1967). Counsel advised appellant of his right to review the record and file his own brief, and explained to appellant the procedure for obtaining the record. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Appellant asserted his right to file a pro se brief and requested a copy of the appellate record.

On February 7, 2013, this court ordered the Bexar County District Clerk to send a copy of the appellate record to appellant and to file written proof in this court showing the date the record was sent. The record was not sent to appellant and on April 22, 2013, he filed another request for the record and for an extension of time to file his brief.

On April 23, 2013, the Bexar County District Clerk filed a notice stating that a copy of the record was sent to appellant by certified mail on April 23, 2013.

We therefore **order** appellant's pro se brief is due **June 7, 2013**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

April 24, 2013

No. 04-12-00651-CR

Gregorio Ortiz **GARZA**,
Appellant
v.
The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10604
Honorable Sid L. Harle, Judge Presiding

# ORDER

Appellant's court-appointed appellate attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 U.S. 738 (1967). Counsel advised appellant of his right to review the record and file his own brief, and explained to appellant the procedure for obtaining the record. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Appellant asserted his right to file a pro se brief and requested a copy of the appellate record.

On February 7, 2013, this court ordered the Bexar County District Clerk to send a copy of the appellate record to appellant and to file written proof in this court showing the date the record was sent. The record was not sent to appellant and on April 22, 2013, he filed another request for the record and for an extension of time to file his brief.

On April 23, 2013, the Bexar County District Clerk filed a notice stating that a copy of the record was sent to appellant by certified mail on April 23, 2013.

We therefore **order** appellant's pro se brief is due **June 7, 2013**.

/s/Luz Elena D. Chapa
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 244th day of April, 2013.

/s/Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 24th DAY OF APRIL, 2013.